Dan Stormer, Esq. [S.B. #101967]
Randy Renick, Esq. [S.B. #179652]
Joshua Piovia-Scott, Esq. [S.B. #222364]
HADSELL STORMER KEENY RICHARDSON & RENICK
128 North Fair Oaks Avenue
Pasadena, CA 91103-3645
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
jps@hskrr.com

Attorneys for Plaintiff
JEFF BARDZIK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF BARDZIK,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ORANGE, ORANGE COUNTY SHERIFF'S DEPARTMENT, MICHAEL CARONA, DOES 1-10,<br><br>Defendants. | Case No. SA CV07-141-JVS(RNBx)<br><br>**ORDER RE CONTINUATION**<br><br>Complaint Filed: February 6, 2007 |

1. The Jury Trial will be continued to February 17, 2009 at 8:30 a.m.

2. The Final PreTrial Conference will be continued to February 2, 2009 at 11:00 a.m.

3. The deadline to file PreTrial Documents will be continued to October 24, 2008.

4. All other pretrial dates are continued 91 days.

IT IS SO ORDERED:

DATE: May 21, 2008

_____
James V. Selna
United States District Judge