# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **SACV 07-141-JVS (RNBx)**                               Date: **September 26, 2008**

Title:  **Jeff Bardzik v. County of Orange, et al.**

**DOCKET ENTRY**

PRESENT:

**HON. ROBERT N. BLOCK, UNITED STATES MAGISTRATE JUDGE**

| Kerri Glover | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:
    None present                                                                  None present

**PROCEEDINGS:  (IN CHAMBERS)**

      Based on its review of the confidential letters submitted by counsel in accordance with the Court's instructions of September 17, 2008, the Court concurs with counsel that the parties' respective settlement positions appear to be irreconcilable and that proceeding with a settlement conference at this juncture would not be a productive use of the Court's or the parties' time.

      If, however, at a later stage in the proceedings, both counsel believe after further consulting with their respective clients and with each other that proceeding with a settlement conference likely would be conducive to resolving the matter, the Court would be glad to reschedule it.  In that event, counsel should contact Judge Block's crd with new proposed dates.


cc:    Judge Selna