1  NORMAN J. WATKINS, SBN 87327
   nwatkins@lynberg.com
2  SHANNON L. GUSTAFSON, SBN 228856
   sgustafson@lynberg.com
3  **LYNBERG & WATKINS**
   A Professional Corporation
4  1100 Town & Country Road, Suite 1450
   Orange, California 92868
5  (714) 937-1010 Telephone
   (714) 937-1003 Facsimile
6
7  Attorneys for COUNTY OF ORANGE, ORANGE COUNTY SHERIFF'S DEPARTMENT, and MICHAEL CARONA
8
9  UNITED STATES DISTRICT COURT
10  CENTRAL DISTRICT OF CALIFORNIA
11

| JEFF BARDZIK, | CASE NO. SA CV07-141-JVS(RNBx) |
|---|---|
| Plaintiff, | *Assigned for All Purposes to:* <br> *Hon. Judge Selna – Crtrm 10C* |
| vs. | **[PROPOSED] ORDER TO STIPULATION TO CONTINUE PRETRIAL CONFERENCE AND TRIAL DATES** |
| COUNTY OF ORANGE, ORANGE COUNTY SHERIFF'S DEPARTMENT, MICHAEL CARONA, DOES 1-10, | |
| Defendant, | |

# ORDER

Having read and considered the stipulation by and between Plaintiff and Defendants, through their respective counsel, for an order to continue the Pretrial Conference set for April 12, 2012 and the trial set for April 17, 2012.

**IT IS HEREBY ORDERED** that:

The Pretrial Conference set for April 12, 2012 is continued to _____.

The Trial set for April 17, 2012 is continued to _____.

DATED:

By: _____
    Hon. JAMES V. SELNA
    United States District Court Judge