NORMAN J. WATKINS, SBN 87327
nwatkins@lynberg.com
SHANNON L. GUSTAFSON, SBN 228856
sgustafson@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 Town & Country Road, Suite 1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for COUNTY OF ORANGE, ORANGE COUNTY SHERIFF'S DEPARTMENT, and MICHAEL CARONA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF BARDZIK,<br><br>  Plaintiff,<br><br>vs.<br><br>COUNTY OF ORANGE, ORANGE COUNTY SHERIFF'S DEPARTMENT, MICHAEL CARONA, DOES 1-10,<br><br>  Defendant, | CASE NO. SA CV07-141-JVS(RNBx)<br><br>*Assigned for All Purposes to:*<br>*Hon. Judge Selna – Crtrm 10C*<br><br>**ORDER TO CONTINUE PRETRIAL CONFERENCE AND TRIAL DATES** |

## ORDER

Having read and considered the stipulation by and between Plaintiff and Defendants, through their respective counsel, for an order to continue the Pretrial Conference set for April 12, 2012 and the trial set for April 17, 2012.

**IT IS HEREBY ORDERED** that the Pretrial and Trial dates are vacated. The Court will discuss scheduling at the April 12, 2012 hearing on Plaintiff's Motion for Reconsideration.

DATED: April 03, 2012

By: _____
Hon. JAMES V. SELNA
United States District Court Judge